UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Court File No. CR-21-93 (JRT/TNL)

United States of America,
    Plaintiff,

v.

Robbin Allen Thomas,
    Defendant.

**Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act**

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Robbin Allen Thomas, the defendant in this case, agree to the following statement of facts in support of my motion for an extension of time to file pretrial motions:

- Additional time is needed to review discovery and discuss my case and options with my attorney.

Based on the above facts, I request that the Court grant the extension of time to file motions and to exclude the period of time from June 17, 2021 until July 8, 2021 from the time in which I would otherwise have to be brought to trial on my case.

I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Respectfully submitted,

Dated: 6/28/21

Robbin Allen Thomas

1

Dated: 6/28/21

/s/

F. Clayton Tyler (11151X), fctyler@fctyler.com
F. Clayton Tyler, P.A.
331 Second Avenue South, Suite 230
Minneapolis, MN 55401
Ph: 612-333-7309
Fax: 612-333-5919
Attorney for Defendant