UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Court File No. CR-21-93 (JRT/TNL)

---

United States of America,
    Plaintiff,

v.

Robbin Allen Thomas,
    Defendant.

**Motion for Disclosure of Grand Jury Transcripts**

---

Pursuant to Fed. R. Crim. P. 6, Defendant Robbin Allen Thomas hereby moves the Court for an order compelling the Government to disclose the grand jury transcripts for this matter.

This motion is based upon the files, records, and proceedings in this case and such additional arguments and authorities as may be submitted.

Respectfully submitted,

Dated: September 8, 2021

/s/ F. Clayton Tyler
F. Clayton Tyler (11151X), fctyler@fctyler.com
F. Clayton Tyler, P.A.
331 Second Avenue South, Suite 230
Minneapolis, MN 55401
Ph: 612-333-7309
Fax: 612-333-5919
Attorney for Defendant