UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Court File No. CR-21-93 (JRT/TNL)

---

United States of America,
    Plaintiff,

v.

Robbin Allen Thomas,
    Defendant.

**Motion for Disclosure of Wiretaps and Other Electronic Surveillance**

---

    Pursuant to Fed. R. Evid. 16(d)(1), Defendant Robbin Allen Thomas hereby moves the Court for an order compelling the government to disclose the existence of and all evidence obtained from any wiretaps or other electronic surveillance or interception of communications, including but not limited to telephone taps, pen registers, and trap and traces.

    This motion is based upon the files, records, and proceedings in this case and such additional arguments and authorities as may be submitted.

    Respectfully submitted,

Dated: September 8, 2021

    /s/ F. Clayton Tyler
    F. Clayton Tyler (11151X), fctyler@fctyler.com
    F. Clayton Tyler, P.A.
    331 Second Avenue South, Suite 230
    Minneapolis, MN 55401
    Ph: 612-333-7309
    Fax: 612-333-5919
    Attorney for Defendant