UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Court File No. CR-21-93 (JRT/TNL)

---

United States of America,
 Plaintiff,

v.

Robbin Allen Thomas,
 Defendant.

**Motion to Suppress Statements**

---

On February 19, 2021, Deputy Arcand with the Anoka County Sheriff's Office initiated a traffic stop of a truck being driven by Robbin Thomas. While he was being detained, Mr. Thomas had a seizure. He was transported by ambulance to a hospital. Detective Tschida of the Anoka County Sheriff's Office went to the hospital, met with Mr. Thomas, and interrogated him.

When he was medically cleared, Mr. Thomas was transported to the Anoka County Jail. On February 20, 2021, Det. Tschida went to the jail, executed a DNA warrant, and interrogated Mr. Thomas a second time.

Pursuant to Fed. R. Evid. 12(b)(3)(C), Defendant Robbin Allen Thomas hereby moves the Court for an order suppressing his statements to Det. Tschida on February 19, 2021 and February 20, 2021. The grounds for the motion are that the statements were not voluntary. *See Mincey v. Arizona*, 437 U.S. 385 (1978).

This motion is based upon evidence to be adduced at the Motions Hearing and such additional arguments and authorities as may be submitted thereafter.

Respectfully submitted,

Dated: September 8, 2021

/s/ F. Clayton Tyler
F. Clayton Tyler (11151X), fctyler@fctyler.com
F. Clayton Tyler, P.A.
331 Second Avenue South, Suite 230
Minneapolis, MN 55401
Ph: 612-333-7309
Fax: 612-333-5919
Attorney for Defendant