UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Court File No. CR-21-93 (JRT/TNL)

---

United States of America,
    Plaintiff,

v.

Robbin Allen Thomas,
    Defendant.

**Motion to Withdraw Motion to Suppress Statements**

---

I, Robbin Allen Thomas, the defendant in this case, wish to withdraw my Motion to Suppress Statements (Doc. 48). In support of this motion, I hereby state:

- This motion was filed by my attorney on September 8, 2021 at my direction. It seeks to have my statements to the police both at the hospital and the following day at the jail suppressed on the grounds that they were not constitutionally voluntary.

- After further consideration, I wish to withdraw this particular motion.

- I have fully discussed this matter with my attorney. I am satisfied that I understand my rights and options, and the consequences of withdrawing my motion.

- I am asking the court to allow me to withdraw this motion and to proceed with my remaining motions.

Respectfully submitted,

Dated: 9/15/21

_____
Robbin Allen Thomas

Dated: 9/17/21

_____
F. Clayton Tyler (11151X), fctyler@fctyler.com
F. Clayton Tyler, P.A.

1

331 Second Avenue South, Suite 230
Minneapolis, MN 55401
Ph: 612-333-7309
Fax: 612-333-5919
Attorney for Defendant