UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-cr-093 (JRT/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **THE GOVERNMENT'S NOTICE OF INTENT TO CALL WITNESS AT PRETRIAL MOTIONS HEARING** |
| v. | |
| ROBBIN ALLEN THOMAS, | |
| Defendant. | |

The United States of America, by and through its attorneys, W. Anders Folk, Acting United States Attorney for the District of Minnesota, Ruth Shnider, Assistant United States Attorney, in accord with D. Minn. Local Rule 12.1(c)(3)(A), hereby submits its notice of intent to call a witness at the motions hearing in regard to Defendant Robbin Thomas' motion to suppress evidence (ECF No. 47).

The Government will be prepared to present testimony by Anoka County Sherriff's Office Deputy Nathan Arcand, regarding the traffic stop and search of Thomas' vehicle on February 19, 2021.

The Government estimates that its direct examination of this witness should take no more than 30 minutes, although defense counsel has informed the Government that there could be lengthy cross-examination.  Thus, the Court may wish to allocate 1.5 to 2 hours for the total hearing time.

2

Dated: September 22, 2021

Respectfully Submitted,

W. ANDERS FOLK
Acting United States Attorney

*/s/ Ruth S. Shnider*

BY:  RUTH S. SHNIDER
Assistant U.S. Attorney