# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA
# CRIMINAL MOTION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | BEFORE: Tony N. Leung |
| | U.S. Magistrate Judge |
| Plaintiff, | |
| | Case No: 21-cr-93 (JRT/TNL) |
| v. | Date: November 8, 2021 |
| | Court Reporter: Maria Weinbeck |
| Robbin Allen Thomas, | Courthouse: Minneapolis |
| | Courtroom: 9W |
| Defendant. | Time Commenced: 2:16 p.m. |
| | Time Concluded: 2:58 p.m. |
| | Sealed Hearing Time: 2:19 p.m. – 2:43 p.m. |
| | Time in Court: 42 minutes |
| | Hearing Type: Oral Argument |

## COURT MINUTES

APPEARANCES:

For Plaintiff:   Ruth Shnider, Assistant U.S. Attorney
For Defendant Robbin Allen Thomas:   F. Clayton Tyler, CJA


Deft(s). addtl briefs due: **N/A**   Govt. addtl briefs due: **N/A**

Non-Dispositive motions taken under advisement as of today: **N/A**
Dispositive motions taken under advisement as of **11/8/2021**: **N/A**

☒ ORDER TO BE ISSUED   ☐ NO ORDER TO BE ISSUED   ☐ R&R TO BE ISSUED   ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court   ☐ Exhibits returned to counsel   ☐ Text order to be entered by Clerk's Office

Additional Information:

The above-entitled matter came before the Court, Magistrate Judge Tony N. Leung, for a criminal motions hearing. During the hearing, Defendant stated that he is a natural born American Moorish Citizen National, attempted to invoke his right to consul jurisdiction, and stated he no longer wished to have his legal counsel of record represent him. The Court asked Defendant questions related to a *Faretta* advisory. Defendant also requested a continuance of the motion hearing date. For the reasons stated on the record, which are expressly incorporated herein by reference:

- Attorney F. Clayton Tyler's oral Motion to Withdraw is **GRANTED**.
- Defendant's oral motion for a continuance is **GRANTED**.
- The criminal motions hearing is **CONTINUED** and shall take place before Magistrate Judge Tony N. Leung on **December 13, 2021** at 1:00 p.m., in Courtroom 9W, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.
- Any additional pretrial motions shall be filed on or before **December 1, 2021**.

- The Court finds that there is good cause for a continuance of the criminal motions hearing in order for Defendant to either hire new legal counsel or proceed at the next hearing *pro se*. Pursuant to 18 U.S.C. § 3161(h), the Court also finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.
- The period of time from **November 8** through **December 13, 2021** shall be excluded from Speedy Trial Act computations in this case.
- The trial date, and other related dates, will be rescheduled at a date and time to be determined before Chief District Judge John R. Tunheim in Courtroom 15, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota. Counsel must contact the Courtroom Deputy for Chief District Judge Tunheim to confirm the new trial date.

Written order to follow.

s/*LAS*
Signature of Law Clerk
