

RECEIVED
FEB 04 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

ECCLESIASTICAL MOORS

*Office of Wazir*

~ Societas Republicae Ea Al Maurikanos ~

---

## In the Morocco Consular Court at the Minnesota state republic
### Consular Jurisdiction and Venue

Ex Parte  Sheik El Robbin Allen Thomas El Bey

Consul of Morocco. Moorish American national of
the Moroccan Empire at Maghrib Al-Aqsa, North
West Amexem, In propria persona sui juris,
Being detained: ex rel: [ROBBIN THOMAS]

C/O Ecclesiastical Moors: P.O. Box 112163
[Tacoma, Washington territory [near 98411]

Plaintiff

Vs.

**Kate Fogerty** (acting as) Court Clerk

Diane E. Murphy United States Courthouse
300 South Fourth Street Suite 202
Minneapolis, Minnesota republic [near 55415]

**Lois J. Lang** (acting as Judge)

[RAMSEY COUNTY COURTHOUSE]
15 West Kellogg Blvd
St. Paul, Minnesota republic [near 55102]

Re: [CASE# 00021-CR-93, 09465041,
2021005399 all others]

[ROBBIN THOMAS]

In the records of WRIGHT COUNTY
DISTRICT COURT (Inc.)

**Default Judgment**

International document

Consular Jurisdiction and venue
established under Treaty Law
per Art. 20 and 21 of the Treaty
of Peace and Friendship 1836 between
United States of North America
and Moroccan Empire; and per Art.
III, Sect. 2 and Art VI Cl. 2 of the
Constitution for the United States
of North America- Diversity of
nationality/ Citizenship case

SCANNED
FEB 07 2022
U.S. DISTRICT COURT MPLS

Affidavit of Fact
Default Judgement
International Document
For the record and to be entered into the record.
Notice to agent is notice to principal. Notice to principal is notice to agent.


Exhibit C:


## Stare Decisis Law

**Biffle v. Morton Rubber Indus., Inc., 785 S. W.2d 143, 144 (Tex.1990).**

*" An instrument is deemed in law filed at the time it is delivered to the clerk, regardless of whether the instrument is "file-marked."*


## USC 18 § 2076 Clerk Is to File

*"Whoever, being a clerk of a district court of the United States, willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both".*


## Memorandum

On July 10, 2021, near corporate GADSEN, Minnesota, Sheik El Robbin Allen Thomas El Bey (hereinafter "Plaintiff") was kidnapped, held hostage for profit, and denationalized under of color of law on the information of the fictitious corporate name/ nom de guerre inscribed in ALL CAPS, i.e., [ROBBIN THOMAS] (Race: Black via the 'Black Codes') as a 'stateless person' within purview of the plausible 14th Amendment under the custody of Jonathon W. Horton (a foreign hybrid European colonist male) (hereinafter Defendants), absent of lawful 4th Amendment arrest warrant and without due process of law. See **McNalley v. United States, 483 U.S. 350, 371-378, quoting United States v. Holzer, 861 F.2d. 304, 307.** *"Fraud in its elementary common law sense of deceit .... includes the deliberate concealment of material information in a setting of fiduciary obligations. A public official is a fiduciary towards the public, ... and if he deliberately conceals material information from them, he is guilty of fraud."*

On or around November 19, 2021, The Morocco Consular Court issued an Affidavit of Fact: Writ of Quo Warranto commanding a delegation of authority, issued to your current address via certified mail (recorded under [DOC# 71, 0:21-cr-00093-JRT-TNL]). For your reference, see the stare decisis law in the case **Elliot v. Peirsol, 26 U.S. 328, 340 (1828)**, where it was decided by the Supreme Court of the United States that,

*"Courts are constituted by authority and they cannot act beyond the power delegated to them. If a court acts without authority, its judgements and orders are regarded as nullities. <u>They are not voidable, but simply void;</u> and form no bar to a remedy sought in opposition to them, even prior to a reversal. They constitute no justification; and all person concerned in executing such judgements, or sentences, are considered, in law, as trespassers."*

As of this date, you have failed to answer and have waived your due process right to be heard which constitutes default. **Law is specific** and [Prosecution] has failed to rebut, point for point, the facts contained in the Writ of Error filed and recorded under ([DOC# 71, 0:21-cr-00093-JRT-TNL]). Arguments made by [prosecution] were not based on fact. All arguments were based on 'hear say' that included websites based on opinions. The points in the Writ of Error ([DOC# 71, 0:21-cr-00093-JRT-TNL]); have not been addressed. Those facts and some added,

1. Whereas, Jurisdiction in this case is based on nationality and consular jurisdiction

2. Whereas, Sheik El Robbin Allen Thomas El Bey has invoked his right to Consular Jurisdiction on the record.

3. Whereas, USC 22 Chapter. 2 Consular Court

4. Whereas, WRIGHT COUNTY DISTRICT COURT (Inc.) nor UNITED STATES COURTHOUSE (Inc.) have produced a certified, signed copy of its Delegation of Authority from congress as commanded by C. Bey El via certified mail (article# 7020 1810 0000 8480 1394) on November 19, 2021; supported by Article III Section 1 and 2 of The Constitution for the United States. Failure to produce the Delegation of Authority constitutes default and all powers not delegated are reserved to 'the people' within the

republic form of government. Every state is guaranteed a republic form of government per Article IV Section 4 of before mentioned, organic constitution.

5. Whereas, I, C. Bey El de jure and Sheik El Robbin Allen Thomas El Bey de jure, aboriginal and indigenous Moorish American national of the Moroccan Empire at Maghrib Al- Aqsa, Northwest Amexem/ North America by *jus sanguinis* and an inhabitant at the Minnesota state republic. As such, Sheik El Robbin Allen Thomas El Bey is classified as a 'foreign national' as that term is used for the purposes of consular notification and the instructions in the United States Department of State Consular Notification and Access Manual 5th Edition; 2018.

6. Whereas, the Respondents, Kate Fogerty, Lois J. Lang, Joel Brott, John R. Tunheim, Tony N. Leung, Brian Lutes, William J McCrary, James Stuart, Benjamin Fisher, Nathan Arcand, and W. Anders Folk are U.S. Corporate citizens under the unconstitutional 14th amendment U.S. Corporate citizenship clause and are residents at Minnesota state.

7. Whereas, this Affidavit of Fact affirms that Sheik El Robbin Allen Thomas El Bey ex rel: [ROBBIN THOMAS] is not a US citizen nor United States citizen owes allegiance to the United States nor their enclaves in any form. Men and women can owe allegiance to only one sovereign state.

See "*... the descendants of Africans shall not be citizens.*" (Original 13th Amendment Section 12 passed by both houses of Congress and was signed into law by President Lincoln on February 1, 1865).

8. Whereas, Sheik El Robbin Allen Thomas El Bey is sovereign and a Moorish American national by jus sanguinis, which he has also proclaimed to the world. Diversity of citizenship voids the alleged jurisdiction that was assumed by WRIGHT COUNTY DISTRICT COURT (Inc.), UNITED STATES COURTHOUSE (Inc.), SHERBURNE COUNTY JAIL (Inc.), and ANOKA COUNTY SHERIFF'S OFFICE (Inc.) and their employees and administrators.

9. Whereas, Sheik El Robbin Allen Thomas El Bey is in full life, a flesh and blood sentient man.

10. Whereas, 'in rem' jurisdiction does not apply to the affairs of flesh and blood, sentient men and women. 'in rem' jurisdiction is the sole bases of The WRIGHT COUNTY DISTRICT COURT (Inc.), UNITED STATES COURTHOUSE (Inc.), SHERBURNE COUNTY JAIL (Inc.), and ANOKA COUNTY SHERIFF'S OFFICE (Inc.) and is where their assumed jurisdiction derives by use of The All Caps, CORPORATE ENTITY, nom de guerre [ROBBIN THOMAS]. The above mentioned do not have lawful jurisdiction or venue to hear, present, or pass judgement in any matter concerning the affairs of Sheik El Robbin Allen Thomas El Bey, nor any other flesh and blood sentient man or woman.

11. Whereas, "Law of the land," "due course of law," and "due process of law" are synonymous. **People v. Skinner, Cal., 110 P.2d 41, 45; State v. Rossi, 71 R.I. 284, 43 A.2d 323, 326; Direct Plumbing Supply Co. v. City of Dayton, 138 Ohio St. 540, 38 N.E.2d 70, 72, 137 A.L.R. 1058; Stoner v. Higginson, 316 Pa. 481, 175 A. 527, 531.** But "judicial process" and "judicial proceedings" are not necessarily synonymous with "due process."

12. Whereas, WRIGHT COUNTY DISTRICT COURT (Inc.), UNITED STATES COURTHOUSE (Inc.), SHERBURNE COUNTY JAIL (Inc.), and ANOKA COUNTY SHERIFF'S OFFICE (Inc.) Did not follow Due Process of Law. For Due Process of Law to exist, a court or tribunal must have the power and jurisdiction to hear matters and or adjudicate such matters. WRIGHT COUNTY DISTRICT COURT (Inc.) and UNITED STATES COURTHOUSE (Inc.) cannot hear matters or adjudicate in matters of foreign nationals due to diversity of citizenship; therefore, Improper venue exists. See **Kazubowski v. Kazubowski, 45 Ill.2d 405, 259 N.E.2d 282, 290** *"An orderly proceeding wherein a person is served with notice, actual or constructive, and has an opportunity to be heard and to enforce and protect his rights <u>before a court having power to hear and determine the case."</u>*

13. Whereas, Sheik El Robbin Allen Thomas El Bey was deprived of Due Process of Law as he was deprived his constitutional right to face his accuser under The Sixth Amendment. This [CASE] is absent of a sworn affidavit from an injured party. THE STATE OF MINNESOTA (Inc.) and its derivatives are corporations. A corporation, by definition, is civiliter mortuus, civilly dead, and cannot endure pain or injury. Corporations are dead in the eyes of the law. See **People v. Sapp, 73 P.3d 433, 467 (Cal. 2003)**

    *("In every criminal trial, the prosecution must prove the <u>corpus delecti</u>, or the body of the crime itself-i.e., the fact of injury, loss or harm, and the existence of a criminal agency as its cause.")*

14. Whereas, the plaintiff Sheik El Robbin Allen Thomas El Bey was not notified of his treaty rights nor his right to consular notification during the time of examination nor when he was detained. All officers and judicial officers are obligated to notify 'foreign nationals' of such rights per the Consular Notification and access manual 5th Edition 2018.

15. Whereas, this Moroccan Court at the Minnesota state republic has competent jurisdiction and proper venue to hear and decide this case under consular jurisdiction at the Minnesota state republic authority of Article 20 and 21 of the Treaty of Peace and Friendship of 1836 between the United States of North America and the Moroccan Empire, and Article III, section 2 and Article VI, section 2 of the Organic Constitution for the United States of America.

16. Whereas, The Supreme Court of the United States issued the following stare decisis law in the case **Kolovrat v. Oregon, 366 U.S. 187, 194, 81 S. Ct. 922 (1961):** *"A State cannot refuse to give foreign nationals their treaty rights because of fear that valid international agreements may possibly not work completely to the satisfaction of state authorities, under*

*the supreme clause of the United States Constitution Article. VI, Clause 2. state policies
.... Must give way to overriding federal treaties conflicting arrangements."*

17. Whereas, The United States Supreme Court has clearly, and repeatedly, held that any
judge who acts without jurisdiction is engaged in an act of treason. See U.S. v. Will, 449
U.S. 200, 216, 101, S. Ct. 471, 66 L.Ed. 2d 392, 406 (1980):   & Cohens v. Virginia, 19
U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821).

18. Whereas, "Officers of the court have no immunity, when violating a Constitutional right,
from liability. For they are deemed to know the law." - Owen v. Independence, 100
S.C.T. 1398, 445 US 622; Scheuer v. Rhodes, 416 U.S. 232.

19. Whereas, in the colorable collusive action and void proceedings in [CASE# 00021-CR-93,
09465041, 2021005399 all others] in the records of the foreign private corporate entity
named WRIGHT COUNTY DISTRICT COURT (Inc.), and UNITED STATES
COURTHOUSE (Inc.) failure to respond to the Quo Warranto voided the proceedings of
the case, above, i.e. [CASE# 00021-CR-93, 09465041, 2021005399 all others] It is void
ab initio. And, as a result, all action taken by the alleged plaintiff is void...any damage
done must be "undone" with the resulting restoration of alleged or former defendant being
restored, in full.

20. Whereas, The defendants repeated use of the man-of-straw/nom de guerre [ROBBIN
THOMAS] after affirmed by the plaintiff that he is not the straw account. He is Sheik El
Robbin Allen Thomas El Bey is evidence of the crime of denationalization, and 'forced
assimilation' under the Organization of American States' Declaration on the Rights of
Indigenous Peoples, Article 47-48.  Administrators of the WRIGHT COUNTY DISTRICT
COURT (Inc.) and UNITED STATES COURTHOUSE (Inc.)

21. Whereas, in the colorable collusive action and void proceedings of [CASE# 00021-CR-93,
09465041, 2021005399 all others] in the records of the foreign private de facto corporate
entity named the WRIGHT COUNTY DISTRICT COURT (Inc.) and UNITED STATES
COURTHOUSE (Inc.) a subsidiary of the foreign private de facto government named
UNITED STATES (Inc) / UNITED STATES OF AMERICA (Inc.) along with the
Respondents named, hereinabove, all being named foreign citizens – subjects under the
plausible 14th Amendment U.S. corporate citizenship clause by *jus soli*, having been duly
served with process at his / their corporate mailing address(es) (either directly or by and
through their principal / agent /clerk / assign(s).

22. Whereas, American nationals have the highest status on the land (AA and A1 in the
United States (Inc) "system"). Arrival of the A1 Moroccan/ American national of moor
descent predates the arrival of the European colonist and Spanish inquisition. See
Proclamations signed by [Mayors] of 17 territories.

Direct Quotes:

*"WHEREAS, the indigenous Moorish People of the Americas are now united in order to
again link themselves with the family of nations."*

*"WHEREAS, the Moorish Americans being aboriginal to the territories of North, Central, and South Americas, have formed a sovereign Government guided by the command principles of Love, Peace, Truth, Freedom, and Justice through virtue of the universal right to self-determination as well as with the Declaration on the Rights of Indigenous peoples guaranteed in the charter."*

23. Diplomatic Immunity for moors/The Zodiac constitution written for Moorish Americans was filed in the Library of Congress, Washington DC by C.M. bey under record number Truth 1: aa222141 and has not been rebutted; thereby given full faith and credit.

Your default constitutes your admission by silence (acquiescence) to the validity of the facts and claims made in the Writ of Quo Warranto and Writ of Error filed under [DOC# 71, 0:21-cr-00093-JRT-TNL] such prima facie evidence stands as conclusive proof that the foreign private corporate entity THE STATE OF MINNESOTA (Inc.) and WRIGHT COUNTY DISTRICT COURT (Inc.), UNITED STATES COURTHOUSE (Inc.), ANOKA COUNTY SHERIFF'S OFFICE (Inc.), and SHERBURNE COUNTY JAIL (Inc.) lacks jurisdiction. The collusive action in [CASE# 00021-CR-93, 09465041, 2021005399] and any attachments associated thereto under color of law are null and void ab initio.

### Stare Decisis

*"If any tribunal finds absence of proof of jurisdiction over a person and subject-matter, the case must be dismissed."* see **Louisville v. Motley, 211 U.S. 149, 29 S. Ct. 42.**

For the record, I the affiant, C. Bey El de jure, in propria persona sui juris, proprio solo, in proprio heredes in full life, a divine being. I am wazir and consul for the foreign national, Sheik El Robbin Allen Thomas El Bey ex rel: [ROBBIN THOMAS]. No UNITED STATES CORPORATE COMPANY (28 USC 3002 15 (a)) or its [CITIZENS], subjects, or persons, nor its agents, principals, heirs, assigns, or any derivatives thereof have personam jurisdiction, territorial jurisdiction, nor subject matter jurisdiction over me nor any Moorish American national. We are not [UNITED STATES CITIZENS, NEGRO, BLACK, AFRICAN AMERICAN, COLORED, INDIAN, NOR

HISPANIC]. We are sovereign and heir to the Moroccan Empire at maghrib` al' aqsa, Northwest

Amexem by bloodline. And as such, the private foreign corporation for profit entity [STATE OF

MINNESOTA] nor the foreign, for-profit corporation WRIGHT COUNTY DISTRICT COURT

(Inc.), UNITED STATES COURTHOUSE (Inc.), ANOKA COUNTY SHERIFF'S OFFICE (Inc.),

and SHERBURNE COUNTY JAIL (Inc.) and their subsidiaries do not have lawful jurisdiction or

venue to hear, present, or pass judgement in any matter concerning in our affairs because WRIGHT

COUNTY DISTRICT COURT (Inc.), UNITED STATES COURTHOUSE (Inc.), ANOKA

COUNTY SHERIFF'S OFFICE (Inc.), and SHERBURNE COUNTY JAIL (Inc.) are not Article III

Consular Courts.

We hereby invoke and activate our right to Consular Jurisdiction.

I, Sheik El Robbin Allen Thomas El Bey, make no claim with respect to the nom de guerre,

STRAWMAN, or any other fictious CORPORATE stateless PERSON, as you have indicated in your

fraudulently issued instruments, in all caps i.e. [ROBBIN THOMAS]. nor, do we accept any liability

or consent to stand as surety for said nom de guerre/alleged defendant/stateless person, nor 14th

amendment subject, corporate person [ROBBIN THOMAS], at any point or moment in time nunc pro

tunc.

### Title 18, Part 1, Chapter 13 §242 of United States codes

*"Whoever, under 'color' of any law, statute, ordinance, regulation, or custom, willfully subjects*

*any person in any state, territory, commonwealth, possession, or district to the deprivation of any*

*rights, privileges, or immunities secured or protected by the constitution or laws of the united*

*states, or to different punishments, pains, or penalties, on account of such person being an alien,*

*or by reason of his color, or race, that are prescribed for the citizens, shall be fined under this*

*title or imprisoned not more than one year, or both; and if bodily injury results from the acts*

committed in violation of this section, or if such acts include the use, attempted use, or threatened

use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not

more than ten years or for life, or both, or may be sentenced to death."


## Stare Decisis

"When a judge acts where he or she does not have jurisdiction to act, the judge is engaged in an

act of

treason" U.S. v Will, 449 US 200, 216, 101 S Ct, 471 66 led 2nd 392, 406 (1980) and

Cohens v Virginia, 19 US (6 wheat) 264, 404 5led 257 (1821)


We hereby invoke and activate our right to consular jurisdiction

For your reference of my treaty rights, the Supreme Court of the United States issued the

following stare decisis law in the case Kolovrat v. Oregon, 366 U.S. 187, 194, 81 S. Ct. 922

(1961):

"A State cannot refuse to give foreign nationals their treaty rights because of fear that

valid international agreements may possibly not work completely to the satisfaction of state

authorities, under the supreme clause of the United States Constitution Article. VI, Clause 2, state

policies .... Must give way to overriding federal treaties conflicting arrangements."

and

In accordance with **Article 37** of the United Nations Declaration on Right of Indigenous Peoples


1.  Indigenous peoples have the right to the recognition, observance and enforcement of

    treaties, agreements and other constructive arrangements concluded with states or their

    successors and to have states honour and respect such treaties, agreements and other

    constructive arrangements.

2. *Nothing in this declaration may be interpreted as diminishing or eliminating the rights of indigenous peoples contained in treaties, agreements and other constructive arrangements.*

Whereas, the powers and authority inherited by me by jus sanguinis and pursuant to **Article 20** of the Treaty of Peace and Friendship 1836,

*"If any of the citizens of the United States, or any person under their protection shall have any disputes with each other, the consul shall decide between the parties, and whenever the consul shall require any aid or assistance from our government, to enforce his decisions, it shall be immediately granted to him."*

IN THE COLORABLE COLLUSIVE ACTIONS and void proceedings of [CASE# 00021-CR-93, 09465041, 2021005399] and all attached in the records of the foreign private de facto corporate entity named WRIGHT COUNTY DISTRICT COURT (Inc.), UNITED STATES COURTHOUSE (Inc.), ANOKA COUNTY SHERIFF'S OFFICE (Inc.), and SHERBURNE COUNTY JAIL (Inc.), a subsidiary of the foreign private de facto corporate entities named STATE OF MINNESOTA (Inc.) and UNITED STATES (Inc.), *e pluribus enum*. Also, a subsidiary of the same, the Respondents: Kate Fogerty, Lois J. Lang, Joel Brott, John R. Tunheim, Tony N. Leung, Brian Lutes, William J McCrary, James Stuart, Benjamin Fisher, Nathan Arcand, W. Anders Folk and all being foreign citizens -subjects under the plausible 14th Amendment U.S. corporate citizenship clause by *jus soli*, having been duly served with process at their corporate mailing addresses On November 19, [2021] (either directly or by and through their principal/clerk/attorney/agent/assign, via certified mail# 7020 1810 0000 8480 1387, 7020 1810 0000 8480 1394, 7020 1810 0000 8480 1417, 7020 1810 0000 8480 1424, 7020 1810 0000 8480 9129, 7020 1810 0000 8480 9105, 7020 1810 0000 8480 1325, and 7020 1810 0000 8480 9112 ) the Affidavit of Fact: Command a Delegation of Authority, Writ of

Quo Warranto and Writ of Error, and there being no answer or cause to the contrary, and such records standing as conclusive proof of foreign private corporate entity WRIGHT COUNTY DISTRICT COURT (Inc.), UNITED STATES COURTHOUSE (Inc.), ANOKA COUNTY SHERIFF'S OFFICE (Inc.), and SHERBURNE COUNTY JAIL (Inc.) and STATE OF MINNESOTA (Inc.) lacks jurisdiction and are DEBTORS. The collusive action in [CASE# 00021-CR-93, 09465041, 2021005399] and any attachments associated thereto under color of law are null and void ab initio. The Judgment DEBTORS being presently indebted to the Complainant, sheik el robbin allen thomas el bey (hereinafter "Judgement Creditor"), an ab original and indigenous Moorish American sovereign national heir of Morocco, Maghrib Al-Aqsa, at North-West Amexem/North America by *jus sanguinis*, it is therefore considered:

Again, we hereby invoke and activate our rights to Consular Jurisdiction and venue as "nationals at Minnesota republic, pursuant to Articles 20 and 21 of the Treaty of Peace and Friendship of 1836 between the United State of North America and the Moroccan Empire:

This is not a motion.

Case # 00021-CR-93, 09465041, 2021005399 and all others have been escalated to a de jure Article III court

**Morocco Consular Court action at the Minnesota republic**

**of the Moorish National Republic Federal Government**

**ECCLESIASTICAL MOORS**

It is ordered and adjudged that a Judgement by default be and the same is hereby entered against the Judgment DEBTORS;

It is further ordered and adjudged that the Judgment Creditor shall recover from the Judgement

DEBTOR`S the judgment as follows:

Affidavit of Fact
Order of default
International Document
For the record and to be entered into the record.
Notice to agent is notice to principal. Notice to principal is notice to agent.
Certified mail 7020 1810 0000 8480 0496

I.      The immediate dismissal with prejudice of [CASE# 00021-CR-93, 09465041,
        2021005399] and all others and all related fraudulently issued documents and
        other attachments associated thereto for lack of jurisdiction and fraud;

II,     Damages

Conspiracy against rights (18 USC 241) ...........................$50,000,000

Conspiracy against rights...................................................... $1,600,000

Coercion.................................................................................$1,600,000

Treason..................................................................................$20,000,000

Breach of treaty and constitutional obligations...................... $1,600,000

Deprivation of rights under color of law (18 USC 242) .........$500,000

Denationalization under black codes ........................$10,000,000,

Fraud in the inducement ......................................$50,000,000

Consular cost ........................................................$100,000

Miscellaneous expenses (paper, ink. Etc.) ............$50,000

        Total: 135,450,000.00

Payable in lawful money of .9999 fine silver bullion coin bars.

It is further ordered and adjudged that a lien be and the same is hereby entered against the following oath of office, surety bonds, and the property and assets of the judgment DEBTORS' (jointly) and their spouses, their heirs, successors and assigns, including but not limited to, any and all automobiles, boats, aircrafts, real estate, real property, hereditaments, personal property, common property/community property, intellectual property, corporeal property, incorporeal property, bank accounts, future earnings, wages, and pensions in order to secure the performance and payment of this judgment, and to levy upon such property and assets for the satisfaction of this judgment if payment cannot be made;

It is further ordered and adjudged that the judgement DEBTOR'S forfeit all of their rights and property to the Judgment Creditor under the organic 13th Amendment (section 12) of the Constitution for the United States of North America, and this judgment may be levied upon thirty (30) days from its entry date in case number [CASE# 00021-CR-93, 09465041, 2021005399] and all others unless it is shown in the record that settlement was made between the Judgment Debtors and the Judgment Creditors;

Article. 20 *"If any of the Citizens of the United States, or any person under their protection shall have any disputes with each other, the consul shall decide between the parties, and whenever the consul shall require any aid or assistance from our government, to enforce his decisions, it shall be immediately granted to him."*

Done and ordered at Maghrib' Al' Aqsa, Northwest Amexem, North America

## Affidavit

I declare and affirm by virtue of divine law, under the Zodiac Constitution, and upon the United States Republic Constitution of 1791, and upon the honor of my foremothers and forefathers that the above Default Judgment and Affidavit is true and correct.

ego sum:

Sheik El Robbin Allen Thomas El Bey de jure, divine being, in propria persona; sui juris, in proprio solo, in proprio heredes. All rights exercised at all points in time. No CORPORATE entity, including CORPORATE courts has personam jurisdiction over me or any moor. I am not in "joinder" with any person or CORPORATION, no communication by me or about me can create a contract. Only my wet, red ink autograph along with the other parties' wet ink signature that accompanies a written contract can create a contract, and that autograph is non-negotiable if the autograph is not affixed to a wet ink set of signatures as described herein. An "adhesion" contract is an oxymoron as hidden elements vitiate a lawful contract.

Executed this __14th__ day of __Jan__ __2022__ 







Affiant: Sheik El Robbin Allen Thomas El Bey in propria persona sui juris
flesh and blood sentient woman
vizir/justice/consul/minister
Ex Rel: [ROBBIN THOMAS]
All rights and remedies reserved at all points in time without recourse nunc pro tunc
U.C.C. 1- 207/1-308; U.C.C.1-103
care of: Ecclesiastical Moors: p.o. Box 112163
[Tacoma, Washington territory]
Northwest Amexem

Russell Leo Bartell 1-19-2022

RUSSELL LEO BARTELL
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2024

Cited Authorities:

- Consular jurisdiction and venue under Art. 20 and 21 of the Treaty of Peace and Friendship of 1836 (in force 1837) between United Staes of North America and Moroccan Empire

- Treaty right to inherit under Art 22 of the aforesaid Treaty of 1836

- Supremacy clause under Art. VI, cl 2 of the Constitution for the United State of North America 1791

- Kolovrat v. Oregon 366 U.S. 187, 194, 81 S. Ct. 922 (1961) *("A state cannot refuse to give foreign nationals their treaty rights because of fear that valid international agreements may possibly not work completely to the satisfaction of state authorities. Under the supremacy clause of the United States Constitution Art VI, clause 2, state policies as to the rights of aliens to inherit must give way to overriding federal treaties and conflicting arrangements.")*

- Christmas vs. Russell, 5 Wall. 302, 18 L. Ed. 475 *("A judgment or record shall have the same faith, credit, conclusive effect, and obligatory force in other states as it has by law or usage in the state from whence taken.")*

- First Nat. Bank v Terry, 103 Cal. App. 501, 285 P. 336, 377 ("Full faith and credit" clause of Const. U.S. Art 4, §1, requires that foreign judgment be given such faith and credit as it had law or usage of state of its origin.")

- Sniadach v. Family Finance Corp., 395 U.S. 337 349 (1968) *("The ability to place a lien upon a man's property, such as to temporarily deprive him of its beneficial use, without any judicial determination of probable cause dates back not only to medieval England but also to Roman times.")*



## OFFICE OF THE MAYOR

### CITY OF CHICAGO

RAHM EMANUEL
MAYOR

## PROCLAMATION

WHEREAS, the Moorish Americans are the descendants of the ancient Moabites, Hamatities, and Canaanites who were permitted by the Old Pharaohs of Kemet to traverse from East Africa and later formed themselves kingdoms extending from the northwestern and southwestern shores of Africa, the Atlantic Islands onto the present day Continental Americas; and

WHEREAS, the indigenous Moorish Peoples of the Americas are now united in order to again link themselves with the family of nations; and

WHEREAS, the Moorish Americans, being aboriginal to the territories of North, Central and South Americas, have formed a sovereign Theocratic Government guided by the command principles of love, truth, peace, freedom, and justice through virtue of the universal right to self-determination as well as with the Declaration on the Rights of Indigenous Peoples guaranteed in the Charter; and

WHEREAS, on January 8, 1886, Noble Drew Ali was born in the State of North Carolina destined to become the first Patriot of his mentally enslaved Moorish American People. In 1912 he was later anointed as "El Hajj Sharif Abdul Ali "by the Heads of Egypt and Holy City of Mecca to return to the United States as the Last Prophet and Founding Father of the newly risen Nation of Moorish Americans. As a result of the 13th amendment, Moorish people were emancipated from slavery in 1865;

NOW, THEREFORE, I, RAHM EMANUEL, MAYOR OF THE CITY OF CHICAGO, do hereby proclaim January 8-15, 2012, to be MOORISH AMERICAN WEEK IN CHICAGO, and urge all residents to recognize the events planned for this time.

Dated this 22nd day of December, 2011.

Mayor

Form **2848**
(Rev. January 2021)
Department of the Treasury
Internal Revenue Service

# Power of Attorney
## and Declaration of Representative

▶ Go to *www.irs.gov/Form2848* for instructions and the latest information.

OMB No. 1545-0150

**For IRS Use Only**
Received by:
Name _____
Telephone _____
Function _____
Date ___/___/___

**Part I**   **Power of Attorney**

**Caution:** A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

**1   Taxpayer Information. Taxpayer must sign and date this form on page 2, line 7.**

| Taxpayer name and address | Taxpayer identification number(s) |
|---|---|
| ROBBIN ALLEN THOMAS <br><br> MINNEAPOLIS, MINNESOTA 55412 | ▮▮▮0127 |
| | Daytime telephone number     Plan number (if applicable) |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2   Representative(s) must sign and date this form on page 2, Part II.**

| Name and address | |
|---|---|
| Sheik El Robbin Allen Thomas El Bey <br> near Minneapolis Minnesota | CAF No. _____ <br> PTIN   877035525 <br> Telephone No.   6129132281 <br> Fax No. _____ |
| Check if to be sent copies of notices and communications ☐ | Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |
| Name and address <br> C. Simone Seiqet Bey El <br> near Tacoma Washington | CAF No. _____ <br> PTIN   866502007 <br> Telephone No.   4255998995 <br> Fax No. _____ |
| Check if to be sent copies of notices and communications ☐ | Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |
| Name and address | CAF No. _____ <br> PTIN _____ <br> Telephone No. _____ <br> Fax No. _____ |
| (Note: IRS sends notices and communications to only two representatives.) | Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |
| Name and address | CAF No. _____ <br> PTIN _____ <br> Telephone No. _____ <br> Fax No. _____ |
| (Note: IRS sends notices and communications to only two representatives.) | Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3   Acts authorized (you are required to complete line 3).** Except for the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| Estate | | |
| Breach of Estate Trust | | |

**4   Specific use not recorded on the Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See *Line 4. Specific Use Not Recorded on CAF* in the instructions . . . . . . . . . . . . . . ▶ ☐

**5a   Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information): ☐ Access my IRS records via an Intermediate Service Provider;
☐ Authorize disclosure to third parties;    ☐ Substitute or add representative(s);    ☐ Sign a return; _____

☑ Other acts authorized:   any and all acts needed to fulfill the needs and protections of ROBBIN ALLEN THOMAS, estate.

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.     Cat. No. 11980J     Form **2848** (Rev. 1-2021)

Form 2848 (Rev. 1-2021)

Page **2**

**b** Specific acts not authorized. My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.

List any other specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b): _____

_____

**6** Retention/revocation of prior power(s) of attorney. The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this form. If you do **not** want to revoke a prior power of attorney, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**7** Taxpayer declaration and signature. If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, partnership representative (or designated individual, if applicable), executor, receiver, administrator, trustee, or individual other than the taxpayer, I certify I have the legal authority to execute this form on behalf of the taxpayer.

▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

| | | |
|---|---|---|
| _Sheik el robbin allen thomas el bey_ | _2·4·22_ | |
| Signature | Date | Title (if applicable) |
| sheik el robbin allen thomas el bey: grantee beneficiary | ROBBIN ALLEN THOMAS, estate | |
| Print name | | Print name of taxpayer from line 1 if other than individual |

---

**Part II    Declaration of Representative**

Under penalties of perjury, by my signature below I declare that:

• I am not currently suspended or disbarred from practice, or ineligible for practice, before the Internal Revenue Service;

• I am subject to regulations in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;

• I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and

• I am one of the following:

**a** Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

**b** Certified Public Accountant—a holder of an active license to practice as a certified public accountant in the jurisdiction shown below.

**c** Enrolled Agent—enrolled as an agent by the IRS per the requirements of Circular 230.

**d** Officer—a bona fide officer of the taxpayer organization.

**e** Full-Time Employee—a full-time employee of the taxpayer.

**f** Family Member—a member of the taxpayer's immediate family (spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).

**g** Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the IRS is limited by section 10.3(d) of Circular 230).

**h** Unenrolled Return Preparer—Authority to practice before the IRS is limited. An unenrolled return preparer may represent, provided the preparer (1) prepared and signed the return or claim for refund (or prepared if there is no signature space on the form); (2) was eligible to sign the return or claim for refund; (3) has a valid PTIN; and (4) possesses the required Annual Filing Season Program Record of Completion(s). See Special Rules and Requirements for Unenrolled Return Preparers *in the instructions for additional information.*

**k** Qualifying Student or Law Graduate—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student, or law graduate working in a LITC or STCP. See instructions for Part II for additional information and requirements.

**r** Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.**

Note: For designations d–f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column.

| Designation— Insert above letter (a–r) | Licensing jurisdiction (State) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable) | Signature | Date |
|---|---|---|---|---|
| d | | | _Waupaca C Jerome selzel bepell_ | 2·3·22 |
| d | | | _Sheik el robbin allen thomas el bey_ | 2·4·22 |
| | | | | |
| | | | | |

Form **2848** (Rev. 1-2021)

| Form **COL** | **Violation Warning** |
| | **Denial of Rights Under Color of Law** |

▶ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983

Name and address of Citizen National Koddain wllulburg
Sheik el addain allan thomal bey
4600 Humboldt Ave N Apt 102
mpls, mn 55412

Name and address of Notice Recipient
Kate Fogerty
Diane E Murphy United States Courthouse
300 South Fourth Street Suite 202
Minneapolis, Minnesota capadalic 55415

Citizen's statement
National

lack of Jurisdiction

I certify that the forgoing information stated here is true and correct.

Citizen's signature

▶ _____ | Date ▶ 2-4-22

## Legal Notice and Warning

**Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.

18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.

42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.**

**You are advised to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.**

Notice of Service:
I, Shaik al addain alla thomal bey certify that I personally delivered this notice to above named recipient and address on 2-4-22 at 5:00 pm

Public Domain—Privacy Form COL(01)

| Form **COL** | **Violation Warning**<br>**Denial of Rights Under Color of Law** |
|---|---|

▶ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983

| Name and address of Citizen: national Robbi alla Hamen<br>Sheik al Din alla thamol bey<br>1800 Humboldt Ave N Apt 162<br>mpls, mn 55419 | Name and address of Notice Recipient: Tony N. Leung<br>United States Courthouse<br>300 South 4th Street Suite 200<br>Minneapolis, Minnesota republic 55415 |

Citizen's statement:
national

**Lack of Jurisdiction**

I certify that the foregoing information stated here is true and correct.
**Citizen's signature**

▶ _____  | Date ▶ 2-4-22

## Legal Notice and Warning

**Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.

18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.

42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning,** you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised to cease and desist with your demand and to seek** *personal* **legal counsel if you do not understand the law.**

Notice of Service:
I, Sheik al Robbi alla thamol bey certify that I personally delivered this notice to above named recipient and address on 2-4-22 at 3:00 pm

Public Domain—Privacy Form COL(01)

Form **COL**

## Violation Warning
### Denial of Rights Under Color of Law

▶ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983

Name and address of Citizen: *National*
Kaddon Allan Hermes
Sheik el Kaddin Allan Hames el bay
4600 Humbolt Ave N Apt 102
minneapolis, MN 55412
Citizen's statement:
*National*

Name and address of Notice Recipient   W. Anders Folk
300 South 4th Street Unit #16
Minneapolis, Minnesota 55415

Lack of Jurisdiction

I certify that the forgoing information stated here is true and correct.
**Citizen's signature**

▶                                                              │ Date ▶ 2-4-22

### Legal Notice and Warning  *inline*

**Federal law provides that it is a crime to violate the Rights of a ~~citizen~~ under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.

18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.

42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

Warning, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

You are advised to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

Notice of Service:
I, _____ certify that I personally delivered this notice to above named recipient and address on __5-4-22__ at __5:00 pm__

Public Domain—Privacy Form COL(01)

Form **COL**

# Violation Warning
## Denial of Rights Under Color of Law

▶ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983

| Name and address of ~~citizen~~ (peace officer) John Allen Thims | Name and address of Notice Recipient CHARLES KOVATS |
|---|---|
| Sheik al kahyl Allen Thims el bey | 300 South 4th Street Unit 516 |
| 4600 Humbold twn N Apt 102 | Minneapolis, Minnesota republic 55415 |
| Mpls, MN 55412 | |

~~Citizen's~~ statement:

## lack of Jurisdiction

I certify that the forgoing information stated here is true and correct.
**Citizen's signature**

▶ _(signature)_                                    | Date ▶ 2-4-22

## Legal Notice and Warning

**Federal law provides that it is a crime to violate the Rights of a ~~citizen~~ (matter) under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

**18 USC §242** provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.

**18 USC §245** provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.

**42 USC §1983** provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.**

**You are advised to cease and desist with your demand and to seek** _personal_ **legal counsel if you do not understand the law.**

**Notice of Service:**
I, Sheik al kahyl Allen Thims el bey certify that I personally delivered this notice to above named recipient and address on 2-4-22         at 3:00 Ph

Public Domain—Privacy Form COL(01)

Form **COL**

**Violation Warning**
**Denial of Rights Under Color of Law**

▶ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983

Name and address of Citizen _senshind_ Kathryn Allen Thomas
_Sharif of Ramsey Allen Thomas al bey_
4600 Humboldt Ave #apt 102
Mpls, Mn. 55412

Name and address of Notice Recipient _Ruth S. SHIVER_
330 South 4th Street Unit 816
Minneapolis, Minnesota republic 55415

~Citizen's statement~
_Notarized_

lack of Jurisdiction

I certify that the forgoing information stated here is true and correct.
**Citizen's signature**
▶ _[signature]_                      | Date ▶ 2-4-22

**Legal Notice and Warning** _implied_
**Federal law provides that it is a crime to violate the Rights of a ~citizen~ under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.
18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.
42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.**

**You are advised to cease and desist with your demand and to seek** _personal_ **legal counsel if you do not understand the law.**

Notice of Service:
I, _Sharif of Ramsey Allen Thomas al bey_ certify that I personally delivered this notice to above named recipient and address on _02-04-22_ at _3:00 pm_
Public Domain—Privacy Form COL(01)