# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
## CRIMINAL MOTION HEARING

United States of America,

    Plaintiff,

v.

Robbin Allen Thomas,

    Defendant.

**COURT MINUTES**
BEFORE: Tony N. Leung
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 21-cr-93 (JRT/TNL) |
| Date: | April 26, 2022 |
| Court Reporter: | Paula Richter |
| Courthouse: | Zoom Hearing |
| Courtroom: | No Courtroom |
| Time Commenced: | 2:40 p.m. |
| Time Concluded: | 3:52 p.m. |
| Sealed Hearing Time: | N/A |
| Time in Court: | 1 hour and 12 minutes |

## APPEARANCES:

Plaintiff:    Alexander D. Chiquoine, Assistant U.S. Attorney

Defendant:    Pro Se; Steven J. Wright, Standby Counsel

## HEARING ON:

A hearing was held regarding Defendant's Motion to Dismiss the Indictment, ECF No. 104, Motion for Pretrial Release from Custody, ECF No. 105, Motion for Court Reporter's Digital Audio Recordings, ECF No. 107, and Motion to Add Exhibits, ECF No. 116.

## REMARKS:

For the reasons set forth on the record, which are incorporated by reference herein, Defendant's Motion for Pretrial Release from Custody, ECF No. 105, was denied.

☒NO ORDER TO BE ISSUED

Defendant's Motion to Dismiss the Indictment, ECF No. 104, Motion for Court Reporter's Digital Audio Recordings, ECF No. 107, and Motion to Add Exhibits, ECF No. 116, were taken under advisement as of today.

☒ORDER TO BE ISSUED

*s/Kelly*
Law Clerk to Magistrate Judge Leung