UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 21-cr-93 (JRT/TNL)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBBIN ALLEN THOMAS,

        Defendant.

**THE GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE**

    The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Alexander D. Chiquoine and Ruth S. Shnider, Assistant United States Attorneys, hereby submits its motion for an extension of time in which to file. The Government respectfully requests that the Court grant it until Friday, May 6, 2022, to respond to the Defendant's post-hearing briefing on his motion to suppress (Defendant's Post-Hearing Memorandum) (Dkt. 115).

    A hearing was held on March 18, 2022, in relevant part to take testimony and other evidence related to the Defendant's Motion to Suppress (Dkt. 47). (Dkts. 100, 102). Following the March 18 suppression hearing, the Defendant filed numerous additional motions. (Dkts. 103–107). The Court ordered that the Government respond to some by April 22. (Dkt. 108). The Government did so. (Dkts. 110, 112, 113). In one of its responses, the Government noted that it was unclear whether the Defendant intended to submit additional briefing on his suppression motion. (Dkt. 113 at 3 fn.3). If he did, the Government requested an opportunity to respond. (*Id.*).

On April 26, the Court held a hearing on several of the Defendant's newly filed post-hearing motions. (Dkt. 108, 118).

The Defendant was ordered to submit his post-hearing briefing on suppression by April 22, with the Government's post-hearing suppression briefing due by April 29. (Dkt. 100). Although the Defendant submitted his Post-Hearing Memorandum on April 22, it was not docketed on the CM/ECF system until April 26. (Dkt. 115). Prior to this docketing, the Government had not received a copy of the Defendant's Post-Hearing Memorandum. On April 25, the Defendant also submitted a motion requesting that he be allowed to introduce numerous additional exhibits to the record. (Dkt. 116). However, this motion also was not docketed until April 26 and the Government did not have an opportunity to review it before that time.

The Government respectfully requests that the Court extend its deadline to respond to the Defendant's Post-Hearing Memorandum by one week, until May 6. Fully responding to the Defendant's copious motion practice is time-consuming. Moreover, both counsel of record for the Government are on parental leave[1], complicating the response process. An extension of one week will allow the Government to fully brief its response to the Defendant's suppression challenge, which is in the interest of justice. Furthermore, the requested extension causes little, if any, prejudice to the Defendant, especially considering how this matter's timeline has unfolded. (*See* Dkt. 98).

---

[1] The undersigned's parental leave was unanticipated due to his child's arrival two months before the due date.

The Government respectfully requests that the Court grant it until May 6 to respond to the Defendant's Post-Hearing Memorandum.

| | |
|---|---|
| Dated: April 27, 2022 | Respectfully submitted, |
| | ANDREW M. LUGER<br>United States Attorney |
| | */s/ Alexander D. Chiquoine* |
| BY: | ALEXANDER D. CHIQUOINE<br>RUTH S. SHNIDER<br>Assistant U.S. Attorneys |