The Law Office of
# STEVEN J. WRIGHT
CRIMINAL DEFENSE

May 13, 2022

The Hon. Tony N. Leung
U.S. Magistrate Judge
300 South Fourth Street
Courtroom 9W
Minneapolis, MN 55415

Re:     United States v. Robbin Allen Thomas
        Crim. Case No. 21-93 (JRT/TNL)

Magistrate Judge Leung:

I am writing this letter in my capacity as standby counsel for Sheikh Thomas El Bey. On Sheikh Thomas's behalf, I am respectfully advising the Court that Sheikh Thomas El Bey has a reply to the government's responsive memorandum on his motion to suppress, which was filed last Friday. That reply is fully written and ready to file, but technical difficulties will prevent that reply from being filed today.

Ordinarily, Sheikh Thomas El Bey would print the brief and then the jailers would take it to scan and email to me to file. Today, though, the jail ran out of ink and could not print his reply. I have confirmed this with the jail. I have also seen earlier drafts of the reply and know it was close to completion.

As soon as the reply can be printed, it will be sent to me and I will file it. Sheikh Thomas El Bey wants the Court to know that he has been working hard to submit his reply in a timely manner, and he respectfully asks the Court to accept his reply when it can be filed.

Sincerely,

Steven J. Wright



TriTech Ctr | 331 Second Ave South  Ste 705  Minneapolis, MN 55401
(612) 669-8280 | stevenjameswright@gmail.com
STEVENJAMESWRIGHT.COM