# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 21-93 (JRT/TNL) |
| Plaintiff, | **PRELIMINARY ORDER OF FORFEITURE** |
| v. | |
| ROBBIN ALLEN THOMAS, | |
| Defendant. | |

Craig Baune, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 316 North Robert Street, Suite 404, St. Paul, MN 55101, for plaintiff.

Steven J Wright, **LAW OFFICE OF STEVEN J. WRIGHT,** 331 Second Avenue South, Suite 705, Minneapolis, MN 55415, for defendant.

Based on the United States' motion for a Preliminary Order of Forfeiture; on the Plea Agreement entered into between the United States and Defendants Robbin Allen Thomas; on the Court having found that certain property is subject to forfeiture pursuant to 21 U.S.C. § 853(a); and on the Court's determination that the United States has established the requisite nexus between such property and the offenses to which the Defendants have pleaded guilty, **IT IS HEREBY ORDERED** that:

1.      the United States' Motion for a Preliminary Order of Forfeiture (ECF No. 138) is **GRANTED;**

2.      A Bersa BP9CC nine-millimeter handgun bearing serial number E58801 and any ammunition seized therewith is forfeited to the United States pursuant to 21 U.S.C. § 853(a);

3.      the Attorney General or his authorized designee may seize the foregoing property and maintain custody and control of the property pending the entry of a Final Order of Forfeiture;

4.      the United States shall, pursuant to 21 U.S.C. § 853(n)(1), publish and give notice of this Order and its intent to dispose of the foregoing property in such manner as the Attorney General may direct;

5.      pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment;

6.      following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the foregoing property and may warrant good title to any subsequent purchaser or transferee; and

7.      this Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).

Dated: September 7, 2022
at Minneapolis, Minnesota.

_____s/John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge